WILL M. YAMADA (SBN 226669)
JOHN P. TRIBUIANO III (SBN 232960)
DONALD P. NOVEY (SBN 279654)
**NOVEY, TRIBUIANO & YAMADA, LLP**
2222 Watt Avenue, Suite B-1
Sacramento, CA, 95825
Telephone: (916) 333-5000
Facsimile:  (916) 333-5001

Attorneys for Plaintiffs

CHARLES L. POST (SBN 160443)
CHELCEY E. LIEBER (SBN 252397)
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
400 Capitol Mall, 11TH Floor
SACRAMENTO, CA, 95814
T:  (916) 558-6000 | F:  (916) 446-1611

Attorneys for Defendants

# UNITED STATES DISTICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PADILLA, OLIVERIO ROMO TELLEZ, <br><br> Plaintiffs, <br><br> v. <br><br> VALLEJO'S RESTAURANTS, INC., and DOES 1-10. <br><br> Defendants. | Case No.: 2:14-CV-00264-JAM-AC <br><br> NOTICE OF SETTLEMENT; STIPULATION AND ORDER TO AMEND THE COMPLAINT AND STAY THIS ACTION |

**STIPULATION**

Defendants Vallejo's Restaurants, Inc., Arturo Vallejo, and Efrain Vallejo ("Defendants") and Plaintiffs Antonio Padilla, Oliverio Romo Tellez, and Jaime Espinosa ("Plaintiffs"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     On June 24, 2014, the Plaintiffs and Defendants reached a settlement through the Voluntary Dispute Resolution Process before mediator Timothy Long to resolve this action in its entirety.

*Padilla v. Vallejo's*                                    NOTICE OF SETTLEMENT

                                                          STIPULATION AND [PROPOSED] ORDER

2. Part of the material settlement agreement terms cannot be completed until on or before January 3, 2015.

3. Plaintiffs and Defendants agree that on or before January 3, 2015, Plaintiffs will either dismiss this entire action with prejudice or will file a stipulated judgment with Court.

4. In order to facilitate expediting this settlement and to either dismiss this entire action with prejudice or via stipulated judgment, the Plaintiffs and Defendants request the Court allow the Plaintiffs to File a First Amended Complaint. (Copy of First Amended Complaint, attached hereto.)

5. The parties agree that the First Amended complaint will remove all class and collective action allegations, will remove Doe Defendants, will add Jaime Espinosa as a named plaintiff, and will add Arturo Vallejo and Efrain Vallejo as individual defendants.

6. In order to afford the parties the time necessary to resolve this case in its entirety either through a dismissal with prejudice or a stipulated judgment, and except for permitting the Plaintiffs to file and serve a first amended complaint, the parties request this Court stay this action and vacate all deadlines and hearing dates until January 3, 2015.

RESPECTFULLY SUBMITTED.

Dated: June 26, 2014  **NOVEY, TRIBUIANO & YAMADA**

By: _/s/ Will M. Yamada_
      WILL M. YAMADA
      Attorneys for Plaintiff

Dated: June 26, 2014  **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN

By: _/s/ Chelcey E. Lieber_
      CHELCEY E. LIEBER
      Attorneys for Defendant

**[PROPOSED] ORDER**

The Court has carefully reviewed, the Notice of Settlement and Stipulation and Proposed Order. Good Cause being shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs are hereby granted permission to file their [First Amended] Complaint.

2. Plaintiffs shall file and serve all defendants with the [First Amended] Complaint within 10 days from the issuance of this Order.

3. With the exception of filing and serving the First Amended Complaint, this action is stayed until January 3, 2015.

4. All deadlines and hearing dates in the Court's Scheduling Order are hereby vacated.

Dated: 6/27/2014_____

_____
/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge