WILL M. YAMADA (SBN 226669)
JOHN P. TRIBUIANO III (SBN 232960)
DONALD P. NOVEY (SBN 279654)
NOVEY, TRIBUIANO & YAMADA, LLP
2222 Watt Avenue, Suite B-1
Sacramento, CA, 95825
Telephone: (916) 333-5000
Facsimile: (916) 333-5001

Attorneys for Plaintiffs

# UNITED STATES DISTICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PADILLA; OLIVERIO ROMO TELLEZ, JAIME ESPINOSA, <br><br>Plaintiffs, <br><br>v. <br><br>VALLEJO'S RESTAURANTS, INC., ARTURO VALLEJO, EFRAIN VALLEJO, <br><br>Defendants. | Case No.: 2:14-CV-0264-JAM-AC <br><br> NOTICE AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER |

    WHEREAS, the parties filed a notice of settlement with this court and request to stay this action on June 27, 2014.

    WHEREAS, this Court granted this order to afford the parties time to complete the terms of the settlement.

    WHEREAS, all material terms of the settlement have been completed.

---

*Padilla v. Vallejo's*

Request for Dismissal with Prejudice and [Proposed] Order

1  NOW THEREFORE, Plaintiffs respectfully request that this Court dismiss this action in its
2  entirety, with prejudice.  RESPECTFULLY SUBMITTED.
3
4  Dated: January 2, 2015                                        **NOVEY, TRIBUIANO & YAMADA**
5
6                                                                               By:  /s/ *Will M. Yamada*
7                                                                                     WILL M. YAMADA
                                                                                     Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Padilla v. Vallejo's*

Request for Dismissal with Prejudice and [Proposed] Order

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice.

Dated: 1-6-2015

HONORABLE JOHN A. MENDEZ
United States District Court Judge

*Padilla v. Vallejo's*

Request for Dismissal with Prejudice and [Proposed] Order